UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 10-578 (DMC) |
| RONALD J. O'MALLEY and<br>LAURA-JEAN ARVELO | : | <u>ORDER</u> |

This matter having been opened to the Court on the joint application of the United States of America, Paul J. Fishman, United States Attorney (Rachael A. Honig, Assistant U.S. Attorney, appearing) and defendants Ronald J. O'Malley (by Justin P. Walder and Brian Neary, Esqs.) and Laura-Jean Arvelo (by Joseph Rem, Esq.) for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendants needing sufficient time to review discovery and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that (a) this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; (b) an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); (c) the failure to grant such a continuance would deny counsel for the defendants

the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (d) the ends of justice are served by granting such an order; and for good cause shown,

WHEREFORE, it is on this __29__ day of ~~October~~ Sept, 2010,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued for a period of 120 days from the date of this order;

IT IS FURTHER ORDERED THAT the period for discovery in this matter shall be extended by 90 days;

IT IS FURTHER ORDERED that a case management conference shall be held on __January 10__, 2011, at __9:00 A.M.__;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of the case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

Dated: 9/29/10

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge


Form and entry of order consented to by:


_____
Rachael A. Honig, Assistant U.S. Attorney




_____
Justin P. Walder, Esq.
Brian Neary, Esq.
Attorneys for defendant Ronald J. O'Malley




_____
Joseph Rem, Esq.
Attorney for defendant Laura-Jean Arvelo

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

Dated: _____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge

Form and entry of order consented to by:

_____
Rachael A. Honig, Assistant U.S. Attorney

_____
Justin P. Walder, Esq.
Brian Neary, Esq.
Attorneys for defendant Ronald J. O'Malley

_____
Joseph Rem, Esq.
Attorney for defendant Laura-Jean Arvelo