UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :    Hon. Dennis M. Cavanaugh

          v.                        :    Crim. No. 10-578 (DMC)

RONALD J. O'MALLEY and              :    ORDER
LAURA-JEAN ARVELO

        This matter having been opened to the Court on the joint
application of defendants Ronald J. O'Malley (by Justin P. Walder
and Brian Neary, Esqs.) and Laura-Jean Arvelo (by Joseph Rem,
Esq.), with the consent of the United States of America, Paul J.
Fishman, United States Attorney (Rachael A. Honig, Assistant U.S.
Attorney, appearing), for an order continuing the proceedings for
a period of 60 days and excluding time from computation under the
Speedy Trial Act of 1974; and the charges being the result of a
lengthy investigation and the defendants needing sufficient time
to review discovery and to investigate the charges and file
motions in this case; and the Court previously having designated
this matter as a complex case and granted a continuance and
excluded time pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the
Court hereby makes the following findings:

        1.    As the Court previously found in designating this
matter as a complex case, this case is sufficiently complex that
it is unreasonable to expect adequate preparation for pretrial
proceedings and for the trial itself within the time limits
established by the Speedy Trial Act of 1974, pursuant to 18

U.S.C. 3161(h)(7)(B)(ii).

2.   Counsel for the defendants have represented to the Court that additional time is required to complete the review of discovery in this matter;

3.   In light of the above, the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

4.   The United States consents to defendants' request for a 60-day continuance; and

5.   The ends of justice, therefore, are served by granting such an order.

WHEREFORE, it is on this ___10___ day of January, 2011,

ORDERED that the proceedings in this matter shall be continued for a period of 60 days from the date of this order;

IT IS FURTHER ORDERED that the case management conference previously scheduled for January 10, 2011, shall be adjourned until __MARCH 14__, 2011, at __9 AM__;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of the case management conference shall be

-2-

excluded from computing time under the Speedy Trial Act of 1974; and

    IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

Dated: 1/10/11

HONORABLE DENNIS M. CAVANAUGH
United States District Judge

Form and entry of order consented to by:

Rachael A. Honig, Assistant U.S. Attorney

Justin P. Walder, Esq.
Brian Neary, Esq.
Attorneys for defendant Ronald J. O'Malley

Joseph Rem, Esq.
Attorney for defendant Laura-Jean Arvelo

-3-

excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

Dated: _____        _____
                              HONORABLE DENNIS M. CAVANAUGH
                              United States District Judge


Form and entry of order consented to by:


_____
Rachael A. Honig, Assistant U.S. Attorney


_____
Justin P. Walder, Esq.
Brian Neary, Esq.
Attorneys for defendant Ronald J. O'Malley


_____
Joseph Rem, Esq.
Attorney for defendant Laura-Jean Arvelo


-3-