UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :    Hon. Dennis M. Cavanaugh

          v.                               :    Crim. No. 10-578 (DMC)

RONALD J. O'MALLEY and              :    ORDER
LAURA-JEAN ARVELO


    This matter having been opened to the Court on the joint application of defendants Ronald J. O'Malley (by Justin P. Walder and Brian Neary, Esqs.) and Laura-Jean Arvelo (by Joseph Rem, Esq.), with the consent of the United States of America, Paul J. Fishman, United States Attorney (Rachael A. Honig, Assistant U.S. Attorney, appearing), for an order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendants needing sufficient time to review discovery and to investigate the charges and file motions in this case; and the Court previously having designated this matter as a complex case and granted a continuance and excluded time pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), the Court hereby makes the following findings:

    1.   As the Court previously found in designating this matter as a complex case, this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974, pursuant to 18

U.S.C. 3161(h)(7)(B)(ii).

   2.   Counsel for the defendants have represented to the Court that additional time is required to complete the review of discovery and to prepare and file pretrial motions in this matter;

   3.   In light of the above, the failure to grant such a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv);

   4.   The United States consents to defendants' request for a continuance; and

   5.   The ends of justice, therefore, are served by granting such an order.

   WHEREFORE, it is on this _29_ day of March, 2011,

   ORDERED that the proceedings in this matter shall be continued from the date of this order until October 3, 2011;

   IT IS FURTHER ORDERED that pretrial motions, if any, shall be filed on or before June 27, 2011;

   IT IS FURTHER ORDERED that responses to the motions, if any, shall be filed on or before July 11, 2011;

   IT IS FURTHER ORDERED that reply memoranda, if any, shall be filed on or before July 18, 2011;

IT IS FURTHER ORDERED that a hearing on the motions, if deemed necessary by the Court, shall be held on August ___, 2011;

IT IS FURTHER ORDERED that trial in this matter shall commence on October 3, 2011;

IT IS FURTHER ORDERED that the time period from the date of this order to October 3, 2011 shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

Dated: 3/24/11

HONORABLE DENNIS M. CAVANAUGH
United States District Judge

Form and entry of order consented to by:

_____
Rachael A. Honig, Assistant U.S. Attorney


_____
Justin P. Walder, Esq.
Brian Neary, Esq.
Attorneys for defendant Ronald J. O'Malley


_____
Joseph Rem, Esq.
Attorney for defendant Laura-Jean Arvelo